IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALEX SATTEN                                                                                      PLAINTIFF

V.                              CASE NO. 2:11CV00229 DPM/BD

MONROE COUNTY DETENTION CENTER                              DEFENDANT

### RECOMMENDED DISPOSITION

**I.      Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr.  Any party may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection.  An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.  A copy will be furnished to the opposing party.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing all of the evidence in the record.  By not objecting, you may also waive any right to appeal questions of fact.

    Mail objections and "Statements of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

**II.**   **Discussion**

 On December 5, 2011, Plaintiff Alex Satten, an inmate in the Monroe County Detention Center, filed this case *pro se* under 42 U.S.C. § 1983, and moved to proceed *in forma pauperis*. (Docket entries #1 and #2) His motion to proceed *in forma pauperis* was incomplete, however. Further, his complaint, as submitted, did not state a federal claim for relief.

 By Order of December 14, 2011, Mr. Satten's motion for leave to proceed *in forma pauperis* was denied and he was ordered to file, within thirty days, a complete application or statement of account with a calculation sheet showing his inmate trust balances. Mr. Satten was also ordered to file an amended complaint within thirty days to clarify his constitutional claims.

 The thirty-day time period for filing a complete *in forma pauperis* application and an amended complaint has passed, and Mr. Satten has not complied with the December 14, 2011 Order. Although Mr. Satten filed a motion to correct his name on the docket sheet, he has not submitted either a complete application or an amended complaint. Mr. Satten was warned that failure to comply with the Court's Order could result in dismissal of his case.

## III.     Conclusion

Because Mr. Satten has not complied with the Court's Order, his complaint should be dismissed, without prejudice, under Local Rule 5.5(c)(2).

DATED this 27th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE