IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALEX SALTEN                                                                                          PLAINTIFF

v.                                            No. 2:11-cv-229-DPM

MONROE COUNTY DETENTION CENTER                                      DEFENDANT

ORDER

Having now received Magistrate Judge Beth M. Deere's recommendation, *Document No. 8*, that his complaint be dismissed for failure to comply with her orders, Salten has kind of objected because he says everything the Court needs is in the file. *Document No. 13*. It is not. That was the point of Judge Deere's earlier Order to replead naming the persons who harmed him and describing the harm and to file a complete *in forma pauperis* application. *Document No. 3*. Salten still has not complied with that Order. Reviewing *de novo*, FED. R. CIV. P. 72(b), the Court adopts Judge Deere's recommendation in full. Salten's complaint is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>4 April 2012</u>