# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ALEX SALTEN**                                                    **PLAINTIFF**

v.                                   **No. 2:11-cv-229-DPM**

**MONROE COUNTY DETENTION CENTER**                **DEFENDANT**

## JUDGMENT

Salten's complaint is dismissed without prejudice.


_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_4 April 2012_